1  STEPHANIE M. HINDS (CABN 154284)
   Acting United States Attorney
2
   TOM COLTHURST (CABN 99493)
3  Chief, Criminal Division

4  BENJAMIN K. KLEINMAN (NYBN 5358189)
   Special Assistant United States Attorney
5
        1301 Clay Street, Suite 340S
6       Oakland, California 94612
        Telephone: (510) 637-3680
7       FAX: (510) 637-3724
        benjamin.kleinman2@usdoj.gov
8
9  Attorneys for United States of America

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                            OAKLAND DIVISION

13 | UNITED STATES OF AMERICA,        ) CASE NO. CR 4:21-mj-72012 MAG
                                      )
14 |     Plaintiff,                   )
                                      ) PETITION FOR WRIT OF HABEAS CORPUS
15 |     v.                           ) AD PROSEQUENDUM
                                      )
16 | JOVAN ZACHARY,                   )
                                      )
17 |     Defendant.                   )
                                      )
18

19 //
20 //
   //
21 //

22

23

24

25

26

27

28

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CASE NO. 4:21-mj-72012 MAG

TO: THE HONORABLE DONNA M. RYU, UNITED STATES MAGISTRATE JUDGE FOR THE NORTHERN DISTRICT OF CALIFORNIA

Special Assistant United States Attorney BENJAMIN K. KLEINMAN respectfully requests that the Court issue a Writ of Habeas Corpus Ad Prosequendum for the person of prisoner JOVAN ZACHARY, whose place of custody or jailor are set forth in the requested Writ, attached hereto.

The prisoner, JOVAN ZACHARY, is required to appear as a defendant in the above-entitled matter in this Court on the date identified in the writ and for all future hearings, and therefore petitioner prays that the Court issue the Writ as presented.

Dated: December 21, 2021

Respectfully Submitted,

STEPHANIE M. HINDS
Acting United States Attorney

/s/ *Benjamin K. Kleinman*
BENJAMIN K. KLEINMAN
Special Assistant United States Attorney

STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

TOM COLTHURST (CABN 99493)
Chief, Criminal Division

BENJAMIN K. KLEINMAN (NYBN 5358189)
Special Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3680
   FAX: (510) 637-3724
   Benjamin.kleinman2@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO. 4:21-mj-72012 MAG |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | [PROPOSED] ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| JOVAN ZACHARY, | ) | |
| Defendant. | ) | |

Upon motion of the United States of America, and good cause appearing therefore,

IT IS HEREBY ORDERED that the request of the United States for issuance of the Writ of Habeas Corpus Ad Prosequendum requiring the production of defendant JOVAN ZACHARY, before this Court on the date stated in the Writ submitted, or as soon thereafter as practicable, and requiring that the defendant be present for all future hearings, is granted and the Writ shall be issued as presented.

DATED: _____

                                                                    Hon. DONNA M. RYU
                                                                    United States Magistrate Judge

# WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO: DONALD M. O'KEEFE, UNITED STATES MARSHAL FOR THE NORTHERN DISTRICT OF CALIFORNIA, GREGORY J. AHERN, ALAMEDA COUNTY SHERIFF, AND HIS AUTHORIZED DEPUTIES AND ALAMEDA COUNTY SANTA RITA JAIL, 5325 BRODER BLVD, DUBLIN, CA 94568:

Pursuant to the foregoing petition and order, consistent with the Court's General Order 72-6 and 74, you are directed to produce the body of JOVAN ZACHARY, who is in the custody of Alameda County Santa Rita Jail, 5325 Broder Blvd, Dublin, CA 94568, before the Honorable DONNA M. RYU, United States Magistrate Judge for the Northern District of California via Zoom proceedings on Tuesday, December 28, 2021, at 1:00 p.m., or as soon thereafter as practicable, on the charges filed against defendant in the above-entitled Court and further to produce said defendant at all future hearings as necessary until the termination of the proceedings in this Court.

Should the current custodian release JOVAN ZACHARY from its custody, you are directed that the defendant immediately be delivered and remanded to the U.S. Marshals for the Northern District of California and/or his authorized deputies under this Writ.

DATED: _____

CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

By: _____
DEPUTY CLERK

WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CASE NO. 4:21-mj-72012 MAG